UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 21, 2015

MEMO TO COUNSEL RE:   Marvin Hill v. Baltimore City Board of School Comm.
Civil No. JFM-14-2994

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion for protective order.

It appears from the order that it is undisputed that Ms. Ashley was disbarred approximately 20 years ago. It does not seem to me on the face of it that this information is admissible in this action. However, I do not ordinarily rule upon such issues in the context of a discovery dispute. However, I can understand Ms. Ashley's reluctance to being deposed about a matter that is immaterial.

Against this background it appears to me that the best course to follow would be for Ms. Ashley to stipulate to the fact of her disbarment, the jurisdiction in which she was disbarred, and the date of this disbarment. If the stipulation is entered into, there is no reason to subject Ms. Ashley to the indignity of being deposed about it. The entering into the stipulation effectively would moot the motion for protective order. Accordingly, the motion (document 17) is hereby denied as moot.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 MAY 22 PM 2:51
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY