UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 21, 2015

MEMO TO COUNSEL RE:   Marvin Hill v. Baltimore City Board of School Comm.
Civil No. JFM-14-2994

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant Ashley's motion for summary judgment. The motion (document 25) is denied. I do not believe that the parol evidence rule, which prohibits the use of extrinsic evidence "to contradict, vary, add to, or subtract from the terms of a written contract," *see Segal Wholesale, Inc. v. United Drug Serv.*, 933 A.2d 780, 783-84 (D.C. 2007) applies where the allegation is that a written document was procured by fraud. The factual context surrounding the letters in question is certainly not inconsistent with plaintiff's position that he "resigned in order to work at another City school." Likewise, although the evidence supporting plaintiff's claim for intention infliction of emotional distress may be considered somewhat weak, it is sufficient to have the claim submitted to a jury. Similarly, there is sufficient evidence to support a claim that Ashley intentionally interfered with plaintiff's contract with the Baltimore City Board of School Commissioners.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 AUG 24 PM 12:14
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY