UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 14, 2015

MEMO TO COUNSEL RE:  Marvin Hill v. Baltimore City Board of School Comm.
Civil No. JFM-14-2994

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for leave to file a second amended complaint. Plaintiff's motion is denied. Of course, this does not prevent him from arguing that he did not resign but that his employment was terminated as the facts developed during discovery seem to indicate.

Plaintiff has not established any "good cause" for extending the discovery deadline, and that motion too is denied except as to the deposition of Taren Grotsky.

Finally, I have also reviewed the memoranda submitted in connection with the motion to quash subpoena of Taren Grotsky. That motion too is denied but counsel are ordered to accept service on behalf of Ms. Grotsky and to participate in the deposition of her.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge